PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  0972 2:01CR00325-01** |
| | ) | |
| **JOHN MCCARTHY** | ) | |
| | ) | |

On February 28, 2002, the above-named was placed on Supervised Release  for a period of 5-years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

**/s/ Joseph N. Gama**

**JOSEPH N. GAMA**
**United States Probation Officer**

Dated:        March 15, 2006
                 Redding, California

**/s/ Richard A. Ertola**

**REVIEWED BY:**     _____

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

**Re:   JOHN MCCARTHY**
**Docket Number:   0972 2:01CR00325-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  April 25, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

JNG:aph

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office